

# Fourth Court of Appeals
## San Antonio, Texas

May 10, 2016

No. 04-16-00287-CV

**IN THE INTEREST OF M.S. AND D.S., MINOR CHILDREN**,

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-0046-CV
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file notice of appeal is hereby GRANTED.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of May, 2016.

_____
Keith E. Hottle
Clerk of Court